In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**09-19-00011-CV**
_____

**In the Interest of R.M.S. III**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 14-09-10137-CV**
_____

**ORDER**

The clerk's record in the above styled and numbered cause was filed January 18, 2019, and the reporter's record was filed January 22, 2019. On February 14, 2019, the appellant's court-appointed attorney, Jeredith Jones, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed. Although the brief of the appellant was due to be filed February 11, 2019, the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which counsel for the appellant shall appear, and the appellant shall be given notice and an opportunity to appear in person. *See* Tex. R. App. P. 38.8(a)(2). We direct the trial court to determine whether or not appellant

1

desires to pursue her appeal. If appellant desires to pursue her appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether good cause exists for appointed counsel, Jeredith Jones, to be relieved of her duties as appellate counsel and replaced by substitute counsel. *See* Tex. Fam. Code Ann. §107.013 (West Supp. 2018). If the trial court determines that good cause exists to relieve appointed counsel of her duties, we direct the trial court to appoint substitute counsel.

Due to the accelerated nature of this cause the following deadlines will apply. *See* Texas Rule of Judicial Administration 6.2(a); TEX. R. APP. P. 2. The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The court reporter's record of the hearing and the clerk's record containing the recommendations of the trial court judge are to be filed on or before **Thursday, March 21, 2019**.

ORDER ENTERED March 1, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2